# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SCOTT BRANCHEAU, MARION LOVERDE, CHARLES LOVERDE and DEBORAH FROGAMENI,**

      **Plaintiffs,**

**v.**                                                                        **Case No: 6:11-cv-1416-Orl-31DAB**

**SECRETARY OF LABOR, ASSISTANT SECRETARY OF LABOR, OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION and UNITED STATES DEPARTMENT OF LABOR,**

      **Defendants.**

## ORDER

In light of the status reports (Doc. 64-66) filed by the parties, showing that all claims have been dismissed and no issues remain to be resolved, the Clerk is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on April 26, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties